No. 23-70003

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

ANTHONY MEDINA,
*Petitioner-Appellant*

v.

BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division,
*Respondent-Appellee*

On Appeal from the United States District Court for the Southern District of Texas, Houston Division, Civ. Action No. 4:09-CV-03223

**OPPOSED MOTION TO FILE EXTRA-LENGTH MOTION FOR CERTIFICATE OF APPEALABILITY AND BRIEF IN SUPPORT NOT TO EXCEED 20,000 WORDS**

TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Petitioner-Appellant Anthony Medina respectfully requests to exceed this Court's word limit in his motion for certificate of appealability and brief in support. Under Rule 22 of this Court, a motion for certificate of appealability is limited to 13,000 words. Mr. Medina requests an additional 7,000 words, which would extend the total word count to

1

20,000 words. The Director is opposed to the relief requested but would agree to an additional 2,000 words.

Mr. Medina has good cause to exceed the word limit by his requested amount. First, Mr. Medina's case is particularly difficult to brief due to its factual complexity. Mr. Medina's case involves numerous witnesses who offered contrasting versions of the offense and of the events surrounding it. These conflicting accounts—when properly briefed—provide support that Mr. Medina is not responsible for the underlying offense.

Second, Mr. Medina's case has spanned multiple federal and state court proceedings. In all, he has filed five separate state habeas petitions. The proceedings before the federal district court spawned hundreds of pages of briefing. Mr. Medina's claims include evidence that he is actually innocent and that his constitutional rights were repeatedly violated throughout the state court process. Counsel is unable to present these arguments to the Court within the word limit without sacrificing critical facts or clarity of language.

For these reasons, Mr. Medina requests permission to file an extra-length motion for certificate of appealability and brief in support not to exceed 20,000 words.

Respectfully submitted,

*/s/ James Marcus*
James William Marcus (TX 00787963)
Capital Punishment Clinic
The University of Texas School of Law
727 E. Dean Keeton Street
Austin, Texas 78705
512-232-1475
512-232-9197 (fax)
jmarcus@law.utexas.edu

JASON D. HAWKINS
Federal Public Defender

*/s/ Jeremy Schepers*
Jeremy Schepers (TX 24084578)
Supervisor, Capital Habeas Unit
jeremy_schepers@fd.org

Office of the Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
214.767.2746
214.767.2886 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I electronically filed the foregoing Motion with the Clerk of the United States Court of Appeals for the Fifth Circuit using the CM/ECF system.

<u>*/s/ Jeremy Schepers*</u>
Jeremy Schepers

## CERTIFICATE OF COMPLIANCE

I certify that (1) this Motion was prepared in 14-point Century Schoolbook font using Microsoft Word software, (2) this Motion is 242 words, excluding the portions exempted by the rules of this Court, and (3) this Motion has been scanned for viruses and is virus-free. Counsel further certifies that any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13.

<u>*/s/ Jeremy Schepers*</u>
Jeremy Schepers

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 12, 2024, I conferred with Ms. Katie Abell, counsel for Respondent-Appellee, who stated that they are opposed to the relief requested. The Director would agree to a maximum increase of 2,000 words.

<u>*/s/ James Marcus*</u>
James William Marcus